**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 481 EAL 2021

           Respondent           :

                               :     Petition for Allowance of Appeal

                               :     from the Order of the Superior Court

             v.                      :

                               :

DAQUAN POWERS,                  :

                               :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 22nd day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.